167 A.3d 1289

## IN THE MATTER OF JONATHAN GREENMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 010132003)

September 13, 2017

### CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–346, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **JONATHAN GREENMAN,** formerly of **FAIR LAWN,** who was admitted to the bar of this State in 2003, and who has been suspended from practice since February 20, 2015, should be disbarred for violating *RPC* 1.1(a)(gross neglect)(four counts); *RPC* 1.3 (lack of diligence)(four counts); *RPC* 1.15(b) (failure to promptly disburse funds); *RPC* 4.1(a)(1) (making a false statement of material fact or law to a third person); *RPC* 5.5(a)(1)(practicing law while suspended); *RPC* 8.1(b) and *Rule* 1:20–3(g)(3)(failure to cooperate with disciplinary authorities);

*RPC* 8.4(b)(criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer); *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation); and *RPC* 8.4(d)(conduct prejudicial to the administration of justice)(two counts);

And **JONATHAN GREENMAN** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JONATHAN GREENMAN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **JONATHAN GREENMAN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **JONATHAN GREENMAN** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.